IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DMITRI N. YAPLE<br>    Debtor | CHAPTER 7<br><br>CASE NO. 5:23-bk-01931-MJC |
| ANDREW R. VARA<br>UNITED STATES TRUSTEE<br>    Movant | |
| vs. | |
| DMITRI N. YAPLE<br>    Respondent | |

## ORDER

Upon consideration of the United States Trustee's Concurred-In Motion to Dismiss Pursuant to 11 U.S.C. § 707(a) with prejudice, Dkt. # 29 ("Motion"), and the record as a whole, **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**; and

2. The instant case is **DISMISSED** with one-year prohibition against re-filing a bankruptcy.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 2, 2024